United States Courts
Southern District of Texas
FILED
September 15, 2022
Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § § § |
| vs. | § § § CASE NO. 4:22-CR-449 |
| LADERRIOUS DESHAUN WOODARD, Defendant. | § § |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

Felon in Possession of a Firearm

On or about May 27, 2022, in the Houston Division of the Southern District of Texas, the defendant,

**LADERRIOUS DESHAUN WOODARD**,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, a firearm, namely: a Romarm/Cugir, model Micro Draco, 7.62x39mm pistol, bearing serial number PMD-1448919RO, and the firearm had been shipped and transported in interstate or foreign commerce.

In violation of Title 18, United States Code, § 922(g) (1) and §924(a) (2).

## COUNT TWO

Possession of a Machinegun

On or about May 27, 2022, in the Houston Division of the Southern District of Texas, the defendant,

**LADERRIOUS DESHAUN WOODARD**,

did knowingly possess a machinegun, namely: a Glock 9mm pistol, bearing serial number BTMN809, which had been modified to automatically shoot more than one shot without manual reloading, by a single function of the trigger, the Glock switch (automatic firearm) was manufactured after 1994 and the possessor did not present a tax stamp for the firearm.

In violation of Title 18, United States Code, § 922(o)(1).

## NOTICE OF CRIMINAL FORFEITURE

Pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the United States of America hereby gives notice that the firearms, magazines, and ammunition, involved in violation of Title 18 United States Code, Section 922(g)(1), Section 922(o), and Section 924(a)(2) as charged in Counts One and Two, are subject to forfeiture, including, but not limited to, the following: a Romarm/Cugir, model Micro Draco, 7.62x39mm pistol, bearing serial number PMD-1448919RO; a Glock 17 pistol – model 17, 9x19 mm pistol, bearing serial number BTMN809.

A TRUE BILL:

Original signature on file
FOREPERSON OF THE GRAND JURY

JENNIFER B. LOWERY
United States Attorney

BY: MATTHEW R. PENEGUY
Assistant United States Attorney